IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUNLINE USA LLC, d/b/a SUNLINE SUPPLY,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**EZZI GROUP, INC.,**<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 22-1650-KSM** |

## ORDER

**AND NOW**, this 25th day of August, 2022, upon consideration of Plaintiff's Motion for Alternative Service (Doc. No. 4), it is **ORDERED** that the Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff may serve the Complaint and Summons on Defendant by email to Defendant's counsel, Richard Oertli, Esquire.[1]

**IT IS SO ORDERED.**

                                                                                     /s/KAREN SPENCER MARSTON
                                                                                     _____
                                                                                     KAREN SPENCER MARSTON, J.

---

1 Plaintiff shall serve a copy of this Order along with the Complaint and Summons.