IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNLINE USA LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1650 |
| | : | |
| EZZI GROUP, INC., AHMAD RASOULI, STERLING ARC CORP., ROBIN SHUGAR, ARON BUCHMAN | : : : | |

# ORDER

AND NOW, this 28th day of December 2023, upon considering defendant Robin Shugar's motion to dismiss and motion in the alternative to compel arbitration (DI 32), plaintiff's response (DI 34), and Ms. Shugar's reply (DI 35), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED**:

1. Ms. Shugar's motion to dismiss for *forum non conveniens* (DI 32) is **DENIED** with prejudice. Ms. Shugar's motion in the alternative to compel arbitration (DI 32) is **GRANTED**.

2. The Clerk of Court shall **stay** this case and place it into **suspense** while the parties arbitrate.

3. The parties shall file status reports upon any significant developments and on **March 29, 2024**, **June 28, 2024**, and **September 27, 2024**.

_____
MURPHY, J.