**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SUNLINE USA LLC** | :   **CIVIL ACTION** |
| | : |
| **v.** | :   **NO. 22-1650** |
| | : |
| **EZZI GROUP, INC., AHMAD** | : |
| **RASOULI, STERLING ARC CORP.,** | : |
| **ARON BUCHMAN** | : |

## <u>ORDER</u>

**AND NOW**, this 31st day of March 2025, upon considering defendant Sterling's motion to stay judgment and compel arbitration (DI 88), Sunline's response (DI 91), and Sterling's reply (DI 92), it is **ORDERED** that defendant Sterling's motion (DI 88) is **DENIED**. The default against Sterling is maintained.

**AND**, considering our discussion at the default judgment hearing on October 15, 2024, DI 93 at 29:22-31:20, Sunline shall file a motion for default judgment relying on the record it has built by **April 11, 2025**.

_____
**MURPHY, J.**